HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES D. BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>SHARI'S MANAGEMENT CORPORATION d/b/a SHARI'S RESTAURANTS; DOES 1-10; and CORPORATIONS A-Z,<br><br>    Defendants. | Civil No. CV6-1799 RSM<br><br>ANSWER TO COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES |

COMES NOW defendant, Shari's Management Corporation d/b/a Shari's Restaurants ("Shari's" or "defendant"), and in answer to plaintiff's complaint states as follows:

**ANSWER**

1.

Answering paragraph 1 of plaintiff's complaint, defendant admits that plaintiff purports to assert claims under the listed statutes. To the extent that there are any factual allegations contained therein, defendant denies same.

2.

Answering paragraph 2, defendant denies it is liable to plaintiff for any damages.

ANSWER TO COMPLAINT FOR DAMAGES AND
AFFIRMATIVE DEFENSES - 1
CV6-1799 RSM
SEADOCS:259559.1

3.

Answering paragraph 3, defendant admits that plaintiff was an employee of defendant, and on information and belief, defendant admits that plaintiff is a resident of Snohomish County. Except as specifically admitted herein, defendant lacks sufficient knowledge to form a belief as to the truth of the matters asserted, and therefore denies same.

4.

Answering paragraph 4, defendant admits same.

5.

Answering paragraph 5, defendant lacks sufficient knowledge to form a belief as to the truth of the matters asserted, and therefore denies same.

6.

Answering paragraph 6, defendant lacks sufficient knowledge to form a belief as to the truth of the matters asserted, and therefore denies same.

7.

Answering paragraph 7, defendant admits that this court has jurisdiction over the claims asserted as they involve a federal question. To the extent that factual allegations are asserted therein, defendant denies same.

8.

Answering paragraph 8, defendant admits that venue is proper in this court, but denies that any of the "complained of acts" occurred.

9.

Answering paragraph 9, defendant denies same.

10.

Answering paragraph 10, defendant admits same.

ANSWER TO COMPLAINT FOR DAMAGES AND
AFFIRMATIVE DEFENSES - 2
CV6-1799 RSM
SEADOCS:259559.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

11.

Answering paragraph 11, defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained therein, and therefore denies same.

12.

Answering paragraph 12, defendant admits same.

13.

Answering paragraphs 13, 14, and 15, defendant denies same.

14.

Answering paragraph 16, defendant admits that it provided plaintiff with supervisor training in March 2004. Except as specifically admitted herein, defendant denies same.

15.

Answering paragraph 17, defendant denies same.

16.

Answering paragraph 18, defendant admits that in March 2005, plaintiff made allegations to co-workers about Mr. John Jenkins, Sr., that the co-workers reported those allegations to District Manager Martin Turner, that Mr. Turner investigated the allegations, and that defendant reported to plaintiff about the investigation in April 2005. Defendant also admits that beginning in May 2005, Mr. Jenkins, Sr., began a medical leave of absence, and defendant did not tell plaintiff that the leave was related to his complaint. Except as specifically admitted herein, defendant denies same.

17.

Answering paragraph 19, defendant admits that subsequent to Mr. Jenkins, Sr., beginning his leave of absence, Mr. Jenkins, Jr., assumed temporary responsibility for the Mill Creek location, that to its knowledge, Mr. Jenkins, Jr., is the son of Mr. Jenkins, Sr., that plaintiff was appropriately disciplined for various infractions similarly to other employees, and that he

ANSWER TO COMPLAINT FOR DAMAGES AND
AFFIRMATIVE DEFENSES - 3
CV6-1799 RSM
SEADOCS:259559.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

1  was terminated on or about July 9, 2005, for legitimate business reasons.  Except as specifically
2  admitted herein, defendant denies same.

3                                                  18.

4         Answering paragraphs 20 and 21, defendant denies same.

5                                                  19.

6         Answering paragraph 22, defendant herein incorporates and realleges
7  paragraphs 1 – 18 above.

8                                                  20.

9         Answering paragraphs 23 and 24, defendant denies same.

10                                                 21.

11        Answering paragraph 25, defendant herein incorporates and realleges paragraphs
12 1 – 20 above.

13                                                 22.

14        Answering paragraphs 26 and 27, defendant denies same.

15                                                 23.

16        Answering paragraph 28, defendant herein incorporates and realleges
17 paragraphs 1 – 22 above.

18                                                 24.

19        Answering paragraphs 29, 30, 31, and 32, defendant admits that John Jenkins, Sr.,
20 went on a leave of absence; John Jenkins, Jr., was temporarily assigned manager duties for the
21 Mill Creek location; and Mr. Jenkins, Jr., terminated plaintiff's employment for legitimate, non-
22 discriminatory, and non-retaliatory reasons.  Except as specifically admitted herein, defendant
23 denies same.

24                                                 25.

25        Answering paragraph 33, defendant herein incorporates and realleges paragraphs
26 1 – 24 above.

ANSWER TO COMPLAINT FOR DAMAGES AND
AFFIRMATIVE DEFENSES - 4
CV6-1799 RSM
SEADOCS:259559.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

26.

Answering paragraph 34, defendant denies same.

27.

Answering paragraph 35, defendant herein incorporates and realleges paragraphs 1 – 26 above.

28.

Answering paragraphs 36 and 37, defendant denies same.

29.

Answering plaintiff's request for judgment and relief and paragraphs A, B, C, and D therein, defendant denies plaintiff's right to any such judgment or relief.

30.

Except as specifically admitted herein, defendant denies the allegations contained in plaintiff's complaint.

**<u>AFFIRMATIVE DEFENSES</u>**

By way of further answer and or affirmative defenses, defendant states as follows:

31.

Plaintiff fails to state a claim upon which relief can be granted.

32.

Plaintiff has failed to mitigate his damages.

33.

Defendant is entitled to a set-off against damages, if any, of any amounts earned by plaintiff following his termination from employment with defendant.

34.

Defendant takes steps to prevent and correct harassment in the workplace.

ANSWER TO COMPLAINT FOR DAMAGES AND
AFFIRMATIVE DEFENSES - 5
CV6-1799 RSM
SEADOCS:259559.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

35.

Plaintiff unreasonably failed to avoid harm.

36.

Defendant acted at all times in good faith.

37.

Defendant's actions were based on legitimate, non-discriminatory, and non-retaliatory reasons.

38.

Plaintiff has unclean hands.

39.

Defendant would not reinstate and/or would have terminated plaintiff's employment based on after-acquired evidence of misconduct by plaintiff.

40.

Plaintiff is contributorily negligent.

## **REQUEST FOR RELIEF**

WHEREFORE, having fully answered plaintiff's complaint, defendant requests the following relief:

1. Plaintiff's claims be dismissed with prejudice;
2. Defendant be awarded its costs and attorney fees; and
3. That the court award any other remedy it deems appropriate.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

ANSWER TO COMPLAINT FOR DAMAGES AND
AFFIRMATIVE DEFENSES - 6
CV6-1799 RSM
SEADOCS:259559.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

| | |
|---|---|
| 1 | DATED this 8th day of January, 2007. |
| 2 | MILLER NASH LLP |
| 3 | *s/Susan K. Stahlfeld* |
| | Susan K. Stahlfeld |
| 4 | WSB No. 22003 |
| | Miller Nash LLP |
| 5 | 4400 Two Union Square |
| | 601 Union Street |
| 6 | Seattle, Washington  98101-2352 |
| | Telephone: (206) 622-8484; |
| 7 | Fax: (206) 622-7485 |
| | E-mail:  susan.stahlfeld@millernash.com |
| 8 | |
| | Attorneys for Defendant |
| 9 | Shari's Management Corporation d/b/a |
| | Shari's Restaurants |

ANSWER TO COMPLAINT FOR DAMAGES AND
AFFIRMATIVE DEFENSES - 7
CV6-1799 RSM
SEADOCS:259559.1

I hereby certify that on this 8th day of January, 20007, I electronically filed the ANSWER TO COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Elena E. Tsiprin
Law Offices of Elena E. Tsiprin
14670 NE 8th St Ste 210
Bellevue, WA  98007-4127

*s/Susan K. Stahlfeld*
Susan K. Stahlfeld
WSB No. 22003
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, Washington  98101-2352
Telephone: (206) 622-8484;
Fax: (206) 622-7485
E-mail:  susan.stahlfeld@millernash.com

Attorneys for Defendant
Shari's Management Corporation d/b/a
Shari's Restaurants

Certificate of Service

SEADOCS:259559.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352